

FILED BY __KS__ D.C.
Feb 1, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*Andrea Goldbarg*
*Assistant United States Attorney*

*99 NE 4th Street*
*Miami, FL 33132*
*Tel: (305) 961-9309*
*Email: Andrea.Goldbarg@usdoj.gov*

January 26, 2022

VIA ELECTRONIC MAIL
Special Agent Kirk Eleazer
Drug Enforcement Administration
Miami, FL Field Office
2100 North Commerce Parkway
Weston, FL, 33326

      Re: Iva Morani Ruiz

Dear Special Agent Eleazer:

      As you are aware, the United States Attorney's Office for the Southern District of Florida, in conjunction with the Drug Enforcement Administration's (DEA) Miami Field Division, is investigating Iva Morani Ruiz, Florida Driver's License Number R200413695130, for international money laundering and operating an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1956, 1957, 1960.

      By this letter, I authorize you to disclose the existence of this investigation to Iva Morani Ruiz for the purpose of arranging a meeting with her.

                      Sincerely,

                      JUAN ANTONIO GONZALEZ
                      UNITED STATES ATTORNEY

              By:   *Andrea Goldbarg*
                      ANDREA GOLDBARG
                      Assistant United States Attorney